IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL LANGE,

        Plaintiff,                    No. CIV S-07-2705 LEW EFB P

    vs.

JAMES E. TILTON, et al.,

        Defendants.              ORDER

_____/

        Plaintiff, a state prisoner without counsel, has filed a civil rights action. See 42 U.S.C. § 1983. He requests leave to proceed *in forma pauperis*.

        Plaintiff alleges a violation of his civil rights in Kings County, California. Kings County is located in the Fresno venue of this court and the action should have been commenced there. *See* Local Rule 3-120(b). The court has not yet ruled on plaintiff's request to proceed *in forma pauperis*.

        Accordingly, it is hereby orderd that:

        1. This action is transferred to the district court sitting in Fresno.

        2. The Clerk of Court shall assign a new case number.

/////

/////

1

1     3. All future filings shall bear the new case number and shall be filed at:

         United States District Court
         Eastern District of California
         2500 Tulare Street
         Fresno, CA 93721

DATED: December 18, 2007.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2